DEC 5 2025 PM11:09
FILED - USDC - FLMD - OCA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**RICHARD HARTMAN,**
     **Plaintiff,**

CASE NO. 5:25-CV-790 JSS PRL

v.

**REPUBLIC SERVICES OF FLORIDA,**
**LIMITED PARTNERSHIP d/b/a**
**REPUBLIC SERVICES OF TAMPA**
     **Defendant,**
_____/

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE**
**AND CONSENT TO RECEIVE SERVICE VIA EMAIL**

     Plaintiff Richard Hartman hereby moves the Court for an order granting approval for Plaintiff to receive service of court documents and other filings via email rather than by physical email.

     Serving documents upon Plaintiff via email will save the court time and money, and help to eliminate delays in Plaintiff receiving notice of filings. It will also save Plaintiff from having to repeatedly check PACER for updates, and pay a fee each time he checks, as well as help prevent him from having to pay to view the case documents filed in this action.

     The Middle District of Florida has previously consented for unrepresented parties to receive service electronically, and Plaintiff respectfully requests the same

consideration. *See e.g. Owens v. Colonial Imports, LTD.,* No. 6:25-cv-2006 (M.D. Fla. November 7, 2025).

### Consent to Receive Service Via Email

Plaintiff hereby consents to receiving service of court documents via email at RickHartman@myyahoo.com, with a secondary email of rick68fl@yahoo.com.

### Local Rule 3.01(g) Certification

Plaintiff has not conferred with Defendant regarding this motion, as Defendant has not yet been served the Complaint, thus Plaintiff was unaware of who Defendant's counsel will be at the time this motion was mailed to the court.

### Certificate of Service

As Defendant had not been served in this matter as of the time this motion was mailed to the court, Plaintiff was unaware who Defendant's counsel will be, thus was unable to serve the motion on Defendant. Due to the nature of this motion however, Defendant will not be prejudiced by not having been served with, nor by the granting of the motion.

Wherefore, Plaintiff Richard Hartman respectfully requests the Court grant this motion and permit him to be served via email, and hereby consents to service of court documents via email in this matter.

Respectfully submitted on December 2, 2025.

Richard Hartman

Richard Hartman, Plaintiff
8285 Nuzum Rd
Brooksville, FL 34613
727-200-7248
RickHartman@myyahoo.com
Rick68fl@yahoo.com

Richard Hartman
8285 Nuzum Rd
Brooksville, FL 34613

SCREENED
By USMS

TAMPA FL 335
SAINT PETERSBURG FL
2 DEC 2025   PM 6  L



United States Courthouse
207 Northwest Second Street
Ocala, FL 34475

ATTENTION CLERK

34475-660399

