UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD HARTMAN,

      Plaintiff,

v.

REPUBLIC SERVICES OF FLORIDA, LP,

      Defendant,
_____/

Case No.: 5:25-cv-00790-JSS-PRL

ORDER

This cause comes before the Court on pro se Plaintiff's motion for electronic service and consent to receive service via email. (Doc. 3). Plaintiff recites that he wishes to receive service of court documents and filings via email rather than physical mail. He also expressly states that he consents to service via mail at his email addresses, RickHartman@myyahoo.com and rick68fl@yahoo.com.

As a pro se party, Plaintiff can receive electronic notices of filing by email, monitor the docket via PACER,[1] and submit filings in person, by U.S. Mail, or by other delivery service. That said, "the Court in its discretion may grant a pro se party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). Here, the Court finds it appropriate to exercise such discretion. *See id*. (authorizing electronic notification of filings

---

[1] "Any member of the public can access electronic records of the federal courts by registering online with PACER." *See Rothschild v. Anywhere Advisors LLC*, No. 2:24-cv-304-SPC-KCD, 2024 WL 2749245, at *1 (M.D. Fla. May 29, 2024). The Court's "Guide for Proceeding Without a Lawyer" provides instructions on how to register for PACER (http://www.flmd.uscourts.gov/pro_se/default.htm).

for a pro se litigant via email); *Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *2 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on pro se party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Thus, the Court will permit Plaintiff to receive electronic notifications of filing via email.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for electronic service (Doc. 3) is **GRANTED** to the extent that Plaintiff seeks authorization to receive electronic notification of filing, and subject to the conditions set forth in this Order.

(1) The Clerk is directed to add Plaintiff's email addresses as provided in the motion (Doc. 3) to the docket and send all future notices of electronic filing to the email addresses.

(2) Plaintiff is responsible for notifying the Clerk of any changes to email address(es). Plaintiff is advised to frequently check email, as some filings may be time sensitive. The notices of electronic filing will contain a hyperlink that allows the Plaintiff to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without a Lawyer provides instructions on how to register for PACER on page 13.[2] Please note that when the Court allows a pro se litigant to receive notices of filing by email, the Clerk's office no longer mails paper

---

[2] The Court's Guide for Proceeding Without a Lawyer can be accessed on the Court's website at http://www.flmd.uscourts.gov/pro_se/default.htm.

copies. As a result, Plaintiff is cautioned that, after this Order, he will no longer receive court documents by U.S. mail.

**DONE** and **ORDERED** in Ocala, Florida on December 19, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties