UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD HARTMAN,
Plaintiff,

CASE NO. 5:25-cv-790-JSS-PRL

v.

REPUBLIC SERVICES OF FLORIDA,
LIMITED PARTNERSHIP
d/b/a REPUBLIC SERVICES OF TAMPA,

Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Richard Hartman, pursuant to Federal Rule of Civil Procedure 15(a)(2),

respectfully moves for leave to file the attached First Amended Complaint, and

states as follows:

1. Plaintiff filed the original Complaint in this action alleging violations of the

Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. Defendant thereafter filed a Motion to Dismiss, which remains pending.

3. Since the filing of the original Complaint, the parties have engaged in written

discovery.

4. Through Defendant's discovery responses and document production, Plaintiff

obtained substantial additional factual information directly relevant to the claims

and defenses in this action.

5. Specifically, Defendant produced call records identifying numerous additional calls made to Plaintiff's cellular telephone using prerecorded or automated messaging systems beyond those identified in Plaintiff's original Complaint.

6. Defendant further admitted in discovery, inter alia, that:

a. Defendant used prerecorded messages to notify customers of service delays;

b. at least one call placed to Plaintiff delivered a prerecorded message;

c. Defendant cannot identify any signed consent document or audio recording evidencing Plaintiff's consent to receive prerecorded calls; and

d. Defendant had the ability to stop calls and text messages to Plaintiff after September 30, 2024.

7. Defendant also produced no documents identifying policies or procedures governing consent, revocation of consent, or do-not-call implementation.

8. The proposed First Amended Complaint incorporates the newly discovered factual allegations obtained through discovery and more accurately reflects the scope of Defendant's conduct.

9. Plaintiff seeks amendment in good faith and not for purposes of delay.

10. Defendant will not be unfairly prejudiced by the requested amendment because:

a. discovery remains ongoing;

b. the amendment arises from the same underlying conduct, transactions, and occurrences alleged in the original Complaint;

c. the proposed amendments are based largely upon Defendant's own discovery responses and records; and

d. Defendant has been aware of the underlying factual issues throughout this litigation.

11. Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave when justice so requires."

12. Justice requires permitting amendment here so that the pleadings conform to the evidence obtained during discovery.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff leave to file the attached First Amended Complaint.

Dated: May 12, 2026

Respectfully submitted,

Richard Hartman, Plaintiff
8285 Nuzum Rd
Weeki Wachee, FL 34613
rickhartman@myyahoo.com
(727) 200-7248

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), Plaintiff certifies that on May 12, 2026 he conferred with counsel for Defendant regarding the relief requested in this Motion. As of the filing of this Motion, Defendant has not consented to the requested relief.

_____
Richard Hartman, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026 I mailed a true copy of the forgoing to the Court via United States Postal Service mail. Once received by the Court and filed, all attorneys and parties of record will be notified of the filing via the CM/ECF system.

_____
Richard Hartman, Plaintiff

8285 Nuzum Rd
Weeki Wachee, FL 34613



**UNITED STATES POSTAL SERVICE.**

Retail

**P** US POSTAGE PAID
$11.00
Origin: 34606
05/12/26
1111280131-0

**PRIORITY MAIL®**
0 Lb 2.70 Oz

RDC 03

C029

EXPECTED DELIVERY DAY:

SHIP
TO:   207 NW 2ND ST
      OCALA FL 34475-6603

USPS TRACKING® #

9505 5152 2868 6132 2023 74



TRACKED INSURED

PRIORITY MAIL

**UNITED STATES POSTAL SERVICE®**

Label 107R, May 2014

For Domestic and International Use

UNITED STATES COURTHOUSE
207 NORTHWEST SECOND ST
OCALA, FL 34475

ATTN: CLERK

SCREENED
By USMS

