UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RICHARD HARTMAN,**

      **Plaintiff,**

    **v.**

**REPUBLIC SERVICES OF FLORIDA, LP,**

      **Defendant,**

**Case No.: 5:25-cv-00790-PRL**

_____/

**ORDER**

This consent case brought pursuant to the Telephone Consumer Protection Act ("TCPA") is before the Court for consideration of Plaintiff's motion to file a first amended complaint. (Doc. 31).

Plaintiff, appearing pro se, recites that Defendant has produced records through discovery that provide factual details directly relevant to the claims alleged in this case. Specifically, Plaintiff recites that Defendant produced records (including call logs) detailing automated and recorded calls placed to customers, including Plaintiff, and other relevant information that "more accurately reflects the scope of Defendant's conduct." (Doc. 31 at 2). Plaintiff contends that the request to amend the complaint is made in good faith. Plaintiff further recites that Defendant has not consented to the relief requested.

Federal Rule of Civil Procedure 15(a)(2), provides that "[t]he court should freely give leave when justice so requires." Here, Plaintiff has submitted the proposed amended complaint, containing additional allegations such as details about Defendant's mass "blast"

calls, the cease and desist letter that Plaintiff alleges was sent to Defendant, and other allegations relevant to Plaintiff's claims. (Doc. 31-1). Upon due consideration, and mindful of the pending motion to dismiss filed on behalf of Defendant, the undersigned finds that the interests of justice require granting Plaintiff leave to amend.

Accordingly, Plaintiff's motion to file a first amended complaint (Doc. 31) is GRANTED. The Clerk is directed to file the proposed amended complaint (Doc. 31-1) on the docket, and to terminate the pending motion to dismiss (Doc. 14) as MOOT.

Recommended in Ocala, Florida on May 19, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy