**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**RICHARD HARTMAN,**

**Plaintiff,**

**v.** **Case No.: 5:25-cv-00790-PRL**

**REPUBLIC SERVICES OF FLORIDA, LP,**

**Defendant,**

**_________________________________/**

**ORDER**

Upon due consideration, and in light of the denial of Defendant's motion to dismiss (Doc. 36) and the parties' cross-motions for summary judgment (Docs. 43 & 51), it is ORDERED that:

(1) Upon review, and upon the narrowing of the issues in this litigation, it appears that Plaintiff's motion to compel supplemental discovery responses and to determine the sufficiency of certain responses (Doc. 35) is due to be DENIED as moot due to Defendant's supplementation of its discovery responses, as acknowledged in part by Plaintiff and as explained in Defendant's response. (Docs. 40 & 42). The denial of Plaintiff's motion, however, is without prejudice to Plaintiff's right to renew the motion upon a showing of good cause, including that the requested discovery is

proportional to the needs of the case given the scope of discovery that has already occurred.

(2) Prior to renewing Plaintiff's motion to compel, however, counsel must fully comply with the requirements of Local Rule 3.01(g). Specifically, counsel is directed to confer directly regarding any disputed issues. If issues remain in dispute, counsel is directed to confer either in person or via telephone and specifically discuss each and every discovery request that remains in dispute prior to renewing any discovery motion.

(3) Defendant's motion to stay discovery pending resolution of the motion to dismiss (Doc. 37) is DENIED as moot.

**DONE** and **ORDERED** in Ocala, Florida on August 26, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties